UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Gene Mathis<br>Wanda Mathis<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 14-16573<br><br>Chapter: 13<br>Honorable Bruce W. Black<br>Joliet |

**ORDER DISMISSING CASE WITH PREJUDICE UNDER SECTION 349(a) AND
DISMISSING CASE WITH ONE YEAR BAR TO REFILING**

This matter coming on the Trustee's Motion to Dismiss, proper notice given and the Court being advised in the premises;

IT IS HEREBY ORDERED:

1. The above referenced case is dismissed pursuant to 11 U.S.C. Section 1307(c).

2. ~~Discharge of debtor's existing debts is permanently barred pursuant to Section 349(a).~~  [BWB]

~~2.~~ 3. The debtor is barred from being a debtor in any case under Title 11 for a period of ~~one year~~ 180 days from the date of this order, pursuant to 11 U.S.C. Section 109(g) and Section 349(a).

Enter: /s/ Bruce W. Black

Honorable Bruce W. Black
United States Bankruptcy Judge

Dated: 6-20-14

**Prepared by:**

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532-3614
630-981-3888

Rev: 20101118_bko